IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANDERSON LEE, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-150 |
| ROCKELLA L. NEAL, *et al.*, | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Anderson Lee, Jr., an inmate currently confined at the Leblanc Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Rockelaa L. Neal, Sergeant, Jasmine L. Graham, Corrections Officer, and Deanda Y. Turk, Corrections Officer.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing Plaintiff's claims for failure to state a claim and as frivolous [Dkt. 7].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance

---

[1] Plaintiff received a copy of the Report and Recommendation on May 9, 2023 [Dkt. 8].

with the recommendations of the magistrate judge.

**SIGNED this 25th day of September, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge